**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SANDRA TUFANO,

               Petitioner

        v.

TAMMY L. CLAUSE, P.C. (WORKERS'
COMPENSATION APPEAL BOARD),

               Respondents

:  No. 254 MAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.